UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

January 27, 2023

Mr. Matthew Shoger
Office of the Attorney General for the State of Kansas
Civil Litigation Division
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612

**RE:**     **22-3183, Brown v. Schnurr, et al**
Dist/Ag docket: 5:21-CV-03105-JAR-GEB

Dear Counsel:

Appellees' brief is deficient because:

The attachments to the brief are not identified and included in the Table of Contents. Stating "10th Cir. R. 28.2(B) Attachments" is not sufficient; each attachment must be clearly identified (i.e., "Attachment 1: District Court Judgment Filed mm/dd/yyyy"). *See* 10th Cir. R. 28.2(C)(5).

The corrected brief must have an updated certificate of service. *See* 10th Cir. R. 25.4.

The time to file a reply brief will run from the date of service of appellees' corrected brief.

If you fail to correct the stated deficiency within three days of the date of this letter, the deficient brief will not be filed. In addition, the appellee will not be heard at oral argument unless the court grants permission. See Fed. R. App. P. 31(c).

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:     Christopher David Brown

CMW/sls