CLOSED,APPEAL,LC1

# U.S. District Court
# DISTRICT OF KANSAS (Topeka)
# CIVIL DOCKET FOR CASE #: 5:21−cv−03105−JAR−GEB

Brown (ID 57800) v. Schnurr et al
Assigned to: District Judge Julie A. Robinson
Referred to: Magistrate Judge Gwynne E. Birzer
Case in other court:  10CCA, 22−03183
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 04/15/2021
Date Terminated: 08/24/2022
Jury Demand: Plaintiff
Nature of Suit: 555 Habeas Corpus (Prison Condition)
Jurisdiction: Federal Question

**Plaintiff**

**Christopher David Brown**
*57800*

represented by **Christopher David Brown**
57800
EL DORADO Correctional
Facility−Central
PO Box 311
El Dorado, KS 67042
Email: KDOC_court_file_edcf@ks.gov
PRO SE
*Bar Number:*
*Bar Status:*

V.

**Defendant**

**Daniel L. Schnurr**
*Warden, Hutchinson Correctional*
*Facility, in his individual capacity*
*TERMINATED: 01/03/2022*

**Defendant**

**Jeffrey Neal Pettijohn**
*A−2 Cellhouses Unit Team*
*Counselor/Security, Hutchinson*
*Correctional Facility, in his individual*
*capacity*

represented by **Dennis D. Depew**
Kansas Legal Services
408 N. Walnut
Pittsburg, KS 66762
620−232−1330
Alternative Phone:
Cell Phone: 620−332−7180
Email: depewd@klsinc.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 11605*
*Bar Status: Active*

**Matthew Lee Shoger**
Office of the Kansas Attorney General
Legal Services

120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612
785–296–2215
Fax: 785–291–3767
Alternative Phone: 316–209–5135
Cell Phone: 316–209–5135
Email: matt.shoger@ag.ks.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 28151*
*Bar Status: Active*

**Michael Joseph Duenes**
Sloan Eisenbarth Glassman McEntire &
Jarboe, LLC – Topeka
534 S. Kansas Avenue, Suite 1000
Topeka, KS 66603–3456
785–357–6311
Alternative Phone: 785–357–6311
Cell Phone:
Email: mduenes@sloanlawfirm.com
 *TERMINATED: 05/27/2022*
*Bar Number: 26431*
*Bar Status: Active*

**Defendant**

**Todd E. Swenson**                                  represented by    **Dennis D. Depew**
*Master Sergeant, Hutchinson*                                          (See above for address)
*Correctional Facility, in his individual*                            *LEAD ATTORNEY*
*capacity*                                                            *ATTORNEY TO BE NOTICED*
                                                                      *Bar Number: 11605*
                                                                      *Bar Status: Active*

                                                                      **Matthew Lee Shoger**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*
                                                                      *Bar Number: 28151*
                                                                      *Bar Status: Active*

                                                                      **Michael Joseph Duenes**
                                                                      (See above for address)
                                                                       *TERMINATED: 05/27/2022*
                                                                      *Bar Number: 26431*
                                                                      *Bar Status: Active*

**Defendant**

**Carmen G. Baynhami**
*RN, NP, Medical Nurse with*
*Corizon–Centurion @ Hutchinson*
*Correctional Facility, in her individual*

*capacity*
***TERMINATED: 01/03/2022***

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 07/06/2022 | 40 | ORDER denying as moot 35 MOTION for Extension of Time to File Sur–reply as to 25 MOTION to Dismiss MOTION for Summary Judgment and 37 MOTION for Extension of Time to File Sur–Reply as to 25 MOTION to Dismiss MOTION for Summary Judgment. Mailed to pro se party Christopher David Brown by regular mail. Signed by District Judge Julie A. Robinson on July 6, 2022. (mls) (Entered: 07/06/2022) |

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

**CHRISTOPHER DAVID BROWN,**

    **Plaintiff,**

    **v.**

**DANIEL L. SCHNURR, ET AL.,**

    **Defendants.**

**Case No. 21-CV-3105-JAR-GEB**

## ORDER

Before the Court are the following recent filings by Plaintiff Christopher Brown, a Kansas prisoner who proceeds *pro se* and *in forma pauperis*: (1) a June 17, 2022 Motion for Extension of Time to File Sur-Reply related to Defendants' Motion to Dismiss (Doc. 35); (2) a June 17, 2022 Notice (Doc. 36) requesting confirmation that his June 17 Motion for Extension of Time and supporting documents were e-filed in this case; (3) a June 30, 2022 Motion for Extension of Time to File a Sur-Reply (Doc. 37); and (4) a June 30, 2022 Notice (Doc. 38) requesting confirmation that his June 17 and June 30 motions for extension of time and supporting documents were e-filed in this case.

"Under D. Kan. Rule 7.1(c), briefing on motions is limited to the motion (with memorandum in support), a response, and a reply. Sur-replies are not typically allowed."[1] Because sur-replies are not provided for under the rules, a party who wishes to file one must seek leave of court.[2] Under that rule, the moving party is required to attach the proposed sur-reply to the motion for leave to file. Such motions are only granted under "rare circumstances."[3]

---

[1] *COPE v. Kan. State Bd. of Educ.*, 71 F. Supp. 3d 1233, 1238 (D. Kan. 2014) (citation omitted).

[2] *See* D. Kan. R. 15.1.

[3] *COPE*, 71 F. Supp. 3d at 1238 (citation omitted).

Nonetheless, the nonmoving party on summary judgment "should be given an opportunity to respond to new material raised for the first time in the movant's reply."[4]  Alternatively, the Court can disregard new material raised in the reply when reaching its decision.[5]  New "material" includes both evidence and legal arguments.[6]

Because Plaintiff proceeds *pro se*, the Court must construe his filings liberally and hold them to a less stringent standard than formal pleadings drafted by attorneys.[7]  However, Plaintiff's *pro se* status does not excuse him from complying with federal and local rules.[8] Plaintiff concedes in his motions for extension of time that he is unsure whether he is entitled to file a "reply" to Defendants' reply on the motion to dismiss in this case.  The motions set forth detailed reasons why Plaintiff requires more time to file.  As set forth above, Plaintiff is not entitled to file a sur-reply without showing that one is necessary in order to respond to new evidence or legal arguments in Defendant's reply.  The Court notes that Plaintiff has already submitted an untimely "Amended Response" after the time passed for Defendant to file a reply. Because there is no right to file a sur-reply, Plaintiff's motions for extension of time to file such a document are denied as moot.  To the extent Plaintiff seeks to file a sur-reply, he must file a motion for leave of court to do so, setting forth the "rare circumstances" that necessitate the filing, and he shall attach his proposed sur-reply to the filing.

---

[4] *Green v. New Mexico*, 420 F.3d 1189, 1196 (10th Cir. 2005) (citing *Beaird v. Seagate Tech., Inc.*, 145 F.3d 1159, 1164 (10th Cir. 1998)).

[5] *Id.*

[6] *Id.*

[7] *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing *Haines v. Kerner*, 404 U.S. 519, 520–21 (1972)).

[8] *Ogden v. San Juan Cnty.*, 32 F.3d 452, 455 (10th Cir. 1994) (citing *Nielsen v. Price*, 17 F.3d 1276, 1277 (10th Cir. 1994)); *see* D. Kan. Local Rule 83.5.4(g) ("Any party appearing on his or her own behalf without an attorney is expected to read and be familiar with the Rules of Practice and Procedure of this court [and] the relevant Federal Rules of Civil Procedure . . . .").

Plaintiff also filed two notices questioning whether prison officials submitted his motions for extension of time to the Court for filing because he did not receive Notices of Electronic Filing confirming they were filed.  As stated above, these filings were received by the Court. The Clerk is directed to include copies of the Notices of Electronic Filing for Docs. 33 through 39 when it sends this Order to Plaintiff by mail.

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff's Motion for Extension of Time to File Sur-Reply related to Defendants' Motion to Dismiss (Doc. 35) and Motion for Extension of Time to File a Sur-Reply (Doc. 37) are **denied as moot**.  The Clerk is directed to send copies of the Notices of Electronic Filing for Docs. 33 through 39 when it sends this Order to Plaintiff by mail.

**IT IS SO ORDERED.**

Dated: July 6, 2022

                                    S/ Julie A. Robinson
                                    JULIE A. ROBINSON
                                    UNITED STATES DISTRICT JUDGE