UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Entry of Appearance and Certificate of Interested Parties**

CHRISTOPHER DAVID BROWN,

    Plaintiff-Appellant,

v.

DANIEL L. SCHNURR, *et al.*,

    Defendants-Appellees.

Case No. 22-3183

    In accordance with 10th Cir. R. 46.1, the undersigned attorney appears as counsel for Defendants-Appellees Jeffrey N. Pettijohn and Todd E. Swenson.

    Further, in accordance with 10th Cir. R. 46.1, the undersigned certifies as follows:

[X] On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

[ ] There are no such parties, or any such parties have already been disclosed to the court.

    */s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants-Appellees*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 29, 2022, this Entry of Appearance and Certificate of Interested Parties was electronically filed with the Clerk of the Tenth Circuit Court of Appeals using the CM/ECF system, with a copy served by means of first-class mail, postage prepaid, addressed to:

Christopher David Brown, #57800
El Dorado Correctional Facility
P.O. Box 311
El Dorado, KS 67042
*Plaintiff, pro se*

                                            */s/ Matthew L. Shoger*
                                            Matthew L. Shoger
                                            Assistant Attorney General

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| CHRISTOPHER DAVID BROWN,<br><br>　　　　Plaintiff-Appellant,<br><br>v.<br><br>DANIEL L. SCHNURR, *et al.*,<br><br>　　　　Defendants-Appellees. | Case No. 22-3183 |

**Certificate of Interested Parties**

　　The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

Michael Joseph Duenes
Sloan Law Firm
534 S Kansas Ave #1000
Topeka, KS 66603