UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Entry of Appearance - Pro Se**

CHRISTOPHER DAVID BROWN,
APPELLANT,

vs.

DANIEL L. SCHNURR, et al.,
APPELLEES,

Case No. -22-3183

**INSTRUCTIONS:** A PARTY DESIRING TO APPEAR WITHOUT COUNSEL SHALL NOTIFY THE CLERK BY COMPLETING AND SIGNING THIS FORM. THE FEDERAL RULES OF APPELLATE PROCEDURE AND TENTH CIRCUIT RULES REQUIRE THAT ALL PAPERS SUBMITTED TO THE COURT FOR FILING BE SIGNED BY THE FILING PARTY AND THAT COPIES BE SERVED ON OPPOSING PARTIES OR THEIR COUNSEL, IF REPRESENTED BY COUNSEL. THE ORIGINAL OF EVERY PAPER SUBMITTED FOR FILING MUST CONTAIN PROOF OF SERVICE IN A FORM SIMILAR TO THAT ON THE REVERSE OF THIS FORM. ANY PAPER THAT DOES NOT CONTAIN THE REQUIRED PROOF OF SERVICE MAY BE DISREGARDED BY THE COURT OR RETURNED.

I hereby notify the clerk that I am appearing pro se as the

CHRISTOPHER DAVID BROWN in
(Appellant, Petitioner, Appellee or Respondent)

this case. All notices regarding the case should be sent to me at the address below. If my mailing address changes, I will promptly notify the clerk in writing of my new address.

Further, in accordance with 10th Cir. R. 46.1, I certify: **(Check one.)**

☐ All parties to this litigation, including parties who are now or have been interested in this litigation, are revealed by the caption on appeal, or

☒ Parties to this litigation not revealed by the caption on appeal are as follows: **(Attach additional pages if necessary.)**

DEFENDANTS
JEFFREY NEAL PETTIJOHN
TODD E. SWENSON
CARMEN G. BAYNHAM

Signature: David Brown #57800

Name: DAVID BROWN #57800

Mailing Address: E.D.C.F., P.O. Box 311

City: ELDORADO    State: KANSAS    Zip Code: 67042

- DEFENDANTS ATTORNEY'S -
DENNIS D. DEPEW
MATTHEW LEE SHOGER
MICHAEL JOSEPH DUENES

# CERTIFICATE OF SERVICE

I hereby certify that on  10-10-2022  I sent a copy of
[date]

the U.S. COURT OF APPEALS FOR 10TH CIR. ENTRY OF APPEARANCE-PRO SE,
[name of document]
AND MOTION FOR AN EXTENTION OF TIME.

to: CLERK OF COURT CHRISTOPHER M. WOLPERT

at U.S. COURT OF APPEALS FOR 10TH CIR, 1823 S. STREET, DENVER,

COLORADO 80257, the last known address,
by way of United States mail or courier / PRISON/EDCF'S MAIL SYSTEM, BY SUBMITTING
THE ADRESSED ENVELOP, SEALED, TO B-1 CELLHOUSE STAFF ATTACHED TO A KDOC
ACCOUNT WITHDRAWAL REQUEST FOR POSTAGE FORM AND ONE REQUEST FOR LEGAL
10-10-2022        POSTAGE CREDIT FORM
Date

David Brown
Signature

A-5a  Pro Se Entry of Appearance Form 06/03

FIRST-CLASS MAIL
Hasler
10/12/2022
US POSTAGE $000.57
ZIP 67042
011E11682219

DAVID BROWN # 57800
ELDORADO CORRECTIONAL FACILITY
P.O. BOX 311
ELDORADO, KANSAS
67042

CLERK OF COURT
CHRISTOPHER M. WOLPERT
1823 SOUTH STREET
DENVER, COLORADO
80257