FILED  
United States Court of Appeals  
Tenth Circuit

November 28, 2022

Christopher M. Wolpert  
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

CHRISTOPHER DAVID BROWN,

    Plaintiff - Appellant,

v.

DANIEL SCHNURR, et al.,

    Defendants - Appellees.

No. 22-3183  
(D.C. No. 5:21-CV-03105-JAR-GEB)  
(D. Kan.)

_____

**ORDER**
_____

This matter is before the court on the appellant's Motion to Correct the Record and for Clarification (the "Motion"). Upon consideration, the Motion is granted in part. After the court granted the appellant's motion for extension of time filed November 21, 2022, the appellant's opening brief and motion to proceed on appeal without prepayment of the filing fees under 28 U.S.C. § 1915 for the above-captioned appeal are due by December 16, 2022. The clerk is directed to send another set of pro se forms to the appellant with his copy of this order. This appeal is the only appeal still pending in this court for this litigant.

As a reminder, it is the appellant's obligation to keep the court informed of all changes to his mailing address. 10th Cir. R. 46.1(C). The court does not require electronic filing by pro se litigants, *see id.* 25.3 & 25.4, so any option for electronic filing offered by the prison where a litigant is housed is at the prison's discretion and not

subject to enforcement by the court. Filing by mail is how the court still expects most pro se litigants to proceed, including the appellant in this case.

                                        Entered for the Court

                                        CHRISTOPHER M. WOLPERT, Clerk