UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

CHRISTOPHER DAVID BROWN,
PLAINTIFF-APPELLANT,

vs.

DANIEL L. SCHNURR, et al.,
DEFENDANTS-APPELLEES,

CASE NO. - 22-3183

(DC NO) - 5:21-CV-03105-JAR-GEB

SUPPLEMENTAL OPENING BRIEF BY APPELLANT

COMES NOW PRO SE APPELLANT CHRISTOPHER DAVID BROWN SUBMITTING THIS SUPPLEMENTAL OPENING BRIEF OF ISSUES ARGUMENTS AND AUTHORITY TO THIS COURT.

THE REASON IT IS NECESSARY TO SUBMIT THIS SUPPLEMENTAL OPENING BRIEF IS BECAUSE K.D.O.C. EMPLOYEE'S HAVE/CONTINUE TO DO EVERYTHING IN THEIR POWER TO DENY, HINDER, PREVENT, THWART AND STOP ME FROM PROSECUTING THIS LAWSUIT, WHICH INCLUDES RETALIATING AGAINST ME FOR MY EFFORTS, TRYING TO KILL ME, CAUSING AN INMATE TO ATTEMPT TO KILL ME, DENY ME PROTECTION, DENY ME LAW LIBRARY, WITHHOLD MY LEGAL MAIL FOR WEEKS AT A TIME, REFUSING TO E-FILE MY PAPER WORK, ETC.

AND BECAUSE OF ALL THE ABOVE AND MUCH MORE NOT MENTIONED I WAS IN FEAR I WOULD MISS A TIME DEADLINE SO I FILED MY FIRST OPENING BRIEF AS FAST AS I COULD.

I SHOULD NOT BE IN SUCH FEAR, BUT ALL THE RETALIATORY GAMES H.C.F. AND E.D.C.F. HAVE BEEN PLAYING I'M MORE THAN JUST IN MY FEARS.

HAVING TO WAIT FOR THESE UNIT TEAMS TO MAKE COPIES FOR ME IS A CONSTANT WORRY.

(PAGE-1-OF-2)

BUT I WILL CONTINUE TO DO MY BEST AT PROSECUTING THIS CASE.

I'LL ALSO SAY I'M STILL IN EXTREME PAIN. MY LOWER LEFT MED BACK AND RIGHT KNEE ON LEFT SIDE OF KNEE CAP ARE CAUSING ME SO MUCH PAIN. AND THESE INJURIES ARE FROM INMATE COUCH ATTACKING ME, AND I TOLD THE UNIT TEAM AND DISTRICT COURT, AND I'M GOING TO FILE ANOTHER LAW SUIT ON THAT ISSUE. BUT THE COURT SHOULD KNOW IT WAS ALL SET UP, INTENDED TO PUNISH ME/KILL ME FOR DOING LEGAL WORK.

I WANT TO MAKE A COUPLE POINTS TO TELL TO SO NOW IN MY SUPPLEMENTAL OPENING BRIEF.

RESPECTFULLY, Christopher David Brown