FILED
United States Court of Appeals
Tenth Circuit

December 19, 2022

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| CHRISTOPHER DAVID BROWN, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> DANIEL SCHNURR, et al., <br><br> Defendants - Appellees. | No. 22-3183 <br> (D.C. No. 5:21-CV-03105-JAR-GEB) <br> (D. Kan.) |

_____

**ORDER**

_____

This matter is before the court on a handwritten document from appellant Christopher David Brown captioned *Supplemental Opening Brief*, in which he explains his desire to submit a revised opening brief and to which he attaches this court's form opening brief captioned as *Appellant's Supplemental Opening Brief*.

Upon consideration, the court:

A.     Construes Mr. Brown's first submission as a motion to amend his opening brief and grants that motion as construed;

B.     Directs its Clerk to: (1) accept as filed the supplemental opening brief Mr. Brown attaches to his submission; and (2) remove from the court's docket the opening brief Mr. Brown submitted on December 5, 2022.

Mr. Brown's deadline to file a Certified Trust Account Statement remains January 18, 2023. Failure to timely file a Certified Trust Account Statement may result in dismissal of this appeal without further notice. *See* 10th Cir. R. 3.3(B).

The court will not set a deadline for appellees' response brief unless and until it receives a Certified Trust Account Statement from Mr. Brown.

                                        Entered for the Court

                                        CHRISTOPHER M. WOLPERT, Clerk