**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**February 21, 2023**

**Christopher M. Wolpert**
**Clerk of Court**

_____

CHRISTOPHER DAVID BROWN,

     Plaintiff - Appellant,

v.

DANIEL SCHNURR, et al.,

     Defendants - Appellees.

No. 22-3183
(D.C. No. 5:21-CV-03105-JAR-GEB)
(D. Kan.)

_____

## ORDER

_____

This matter is before the court on appellant's motion for an extension of time to file his optional reply brief in this appeal. The motion is granted. The reply brief shall be filed and served on or before March 7, 2023. No further extensions will be granted on the Clerk's authority.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk