IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

RECEIVED
U.S. COURT OF APPEALS
10TH CIRCUIT
2023 FEB 24 AM 10:01

| | |
|---|---|
| CHRISTOPHER DAVID BROWN, PLAINTIFF-APPELLANT, VS DANIEL L. SCHNURR, et al., DEFENDANTS-APPELLEES | CASE NO. 22-3183<br>5:21-CV-03105-SAC-JAR-GEB<br>(D.C. NO., D. KAN.) |

### APPELLANT REPLY BRIEF TO APPELLEES RESPONSE BRIEF

COMES NOW PRO SE STATE PRISONER PLAINTIFF-APPELLANT CHRISTOPHER DAVID BROWN APPEALING THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS DISMISSAL OF THE ABOVE DISTRICT COURT CASE NO. 5:21-CV-03105-JAR-GEB JUDGE JULIE A. ROBINSON AND MAGISTRATE JUDGE GWYNNE E. BIRZER. PLAINTIFF-APPELLANT, (BROWN) HEREAFTER APPEALS THIS CASE FOR REASON(S) THE EVIDENCE/RECORD SUPPORT AND SHOW SUMMARY JUDGMENT WAS INCORRECTLY GRANTED, AND TO PRAY THIS HONORABLE COURT OVERTURNS AND ORDERS THIS CASE BE HEARD. I STATE THE FOLLOWING FACTS IN FAVOR OF THE LAW AND JUSTICE...

1) FIRST, I WILL AGAIN INFORM THE COURT OF THE FACT THAT BROWN IS ON A LOCK DOWN ADMINISTRATIVE SEGREGATION STATUS, THAT NOT ONLY LIMITS LAW LIBRARY ACCESS, BUT DENIES IT ALTOGETHER, IN SOME CASES, i.e. BEING DENIED THE FED. R. of C.P. BOOK, AND SEVERAL FORM-9 REQUEST FOR LAW WORK ARE NEVER ANSWERED, RETURNED, GRANTED, BUT I FIND BEING DENIED THE BOOKS THAT GOVERN CIVIL LAW LIKE TRYING TO BE A GOOD CHRISTIAN, WHILE BEING DENIED TO READ

(1)

THE BIBLE. SO ANY FEDERAL RULES OF CIVIL PROCEDURE, FEDERAL RULES OF EVIDENCE, AND FEDERAL RULES OF APPEALS COURT TO BE EXCUSED IF I'VE NOT DONE SOMETHING CORRECTLY DUE TO BEING REFUSED THE INFORMATION.

NEXT, I WILL SAY THAT DEFENDANTS PETTIJOHN, AND SWENSON HAD ALREADY ADMITTED THEIR WRONGDOING, AND THE CASE HAS MERIT, AND LIKELY TO SUCCEED, BUT THE ACTUAL CASE HAS NOT BEEN HEARD THUS FAR, IN A UNJUST ATTEMPT TO PREVENT IT FROM BEING HEARD, BY MAKING FALSE CLAIMS CONCERNING THE P.L.R.A.'S EXHAUSTION OF ADMINISTRATIVE REMEDIES.

THE FACT OF THE MATTER IS THAT BROWN HAS STATED, UNDER OATH THAT HE DID IN FACT EXHAUST KANSAS DEPARTMENT OF CORRECTION GRIEVANCE PROCEDURE ONCE FOR SURE, BUT APPELLEES ATTEMPT TO CLAIM THE EXHAUSTED GRIEVANCE WAS TIME-BARRED, AND THAT IS NOT THE CASE. K.D.O.C'S RULE BOOK STATES IN RELEVANT PART, "GRIEVANCES SHALL BE FILED WITHIN 15 DAYS FROM THE DATE OF THE DISCOVERY OF THE EVENT GIVING RISE TO THE GRIEVANCE," BROWN IS IN COMPLIANCE WITH THIS REGULATION 44-15-101h. TIME LIMIT FOR FILING GRIEVANCE THE REASON IS DUE TO APPELLEE UNIT TEAM COUNSLOR PETTIJOHN PROMISING BROWN THAT IF HE PROCESSED THE INJURY CLAIM HE INSTRUCTED BROWN TO FILE, HE WOULD APPROVE THE CLAIM FOR SURE, BECAUSE SERGEANT SWENSON WAS WRONG AND U.T. PETTIJOHN SAW THE WHOLE THING. BY THE WAY, PETTIJOHN TOLD BROWN HE SAW WHEN SWENSON REACHED INTO MY FOOD PASS INTO MY CELL, AND SAW HIM TRYING TO PULL MY ARM OUT TO HURT BROWN, AND SAW SWENSON SLAMMING THE FOOD PASS DOOR AGAINST BROWNS HAND/ARM, AND ITS ALSO ON CAMERA

(2)

SO EVEN IF SOMEONE ELSE PROCESSED THE CLAIM THEY WOULD RECOMMEND THE INJURY CLAIM AT WELL. PETTIJOHN BECAME ANGRY WITH BROWN DUE TO BROWN FILING FORM 9'S/GRIEVANCES/AND APPEALS AGAINST PETTIJOHN, AND PETTIJOHN TOLD BROWN HE'S NOT THE ONE PROCESSING BROWN'S CLAIM. RETALIATION THIS A LIE... WHEN THE INJURY CLAIM WAS FINALLY DONE/ EXHAUSTED ON 4-17-2019 BROWN DISCOVERED PETTIJOHN LIED BECAUSE PETTIJOHN DID PROCESS THE INJURY CLAIM, AND LIED BECAUSE PETTIJOHN RECOMMENDED THE CLAIM BE DENIED. TWO LIES, BECAUSE PETTIJOHN ASSURED BROWN HE'D RECOMMEND THE CLAIM BE APPROVED IF HE PROCESSED IT, BUT IN RETALIATION PETTIJOHN DID NOT, BECAUSE BROWN WROTE PETTIJOHN UP FOR REFUSING TO PROCESS OTHER GRIEVANCES BROWN WROTE AND SUBMITTED AGAINST A GUARD FOR SEXUALLY HARASSING AND/OR ASSAULTING BROWN. FURTHERMORE THE REASONS PETTIJOHN GAVE IN JUSTIFYING HIM DENYING THE CLAIM WERE ALSO LIES. BROWN READ THE INJURY CLAIM DENIAL ON 4-17-2019, AND DISCOVERED ALL OF THE ABOVE, AND WITHIN EIGHT DAYS (8) BROWN FILED AND SUBMITTED A GRIEVANCE DATED 4-25-2019 FOR PETTIJOHN'S UNPROFESSIONAL, CORRUPT, LIES, RETALIATION; AND ALSO AGAINST SWENSON FOR HIS UNNECESSARY VIOLENT EXCESSIVE FORCE, ATTACK. ER. PETTIJOHN ALSO RECOMMENDED BROWN'S CLAIM BE DENIED DUE TO BROWN SAYING THAT PETTIJOHN HAD A DUTY TO STOP SWENSON/INTERVENE, AND THAT PETTIJOHN WAS PARTLY AT FAULT, BECAUSE PETTIJOHN OUT RANKS SWENSON AND ALL HE HAD TO DO WAS TELL SWENSON TO STOP ATTACKING BROWN, OR TO GO DOWN STAIRS OR TO GO TO THE OFFICE, BUT PETTIJOHN DID NOTHING BUT LISTEN, WATCH, AND WALK BACK TO HIS OFFICE WHILE BROWN WAS BEGGING FOR PETTIJOHN'S HELP. BROWN WAS NOT GOING TO WRITE PETTIJOHN UP, OR FILE A LAWSUIT BECAUSE BROWN

(3)

was assured/promised the claim would be approved by Pettijohn. But when Brown discovered Pettijohn lied, recommended the claim be denied, and the claim was denied Brown wrote and submitted the grievance complaint on 4-25-2019 per K.D.O.C's own grievance procedure's process, system, rules, regulations, and/or instructions. There was no way Brown could have known any of the mentioned lies, corruption, or retaliation until 4-17-2019 when the injury claim was finally returned to Brown. The facts support Browns version of events, allegations, claims, and the evidence in line with Brown.

Next, because Brown submitted a verified complaint, its proper for it to be used by Brown when responding to Appellees summary judgment motion, and because there's a clear cut dispute as to if Brown did, or did not exhaust his available administrative remedies, which could decide the case for Brown or for Appellees, summary judgment was improper, and should have been denied.

Next, Brown filed other Form-9's (the first step in the grievance procedure) that were destroyed and/or not answered or returned, which Brown proves he wrote and submitted the Form-9's by producing the Form-9 receipts, which are signed by K.D.O.C/H.C.F. staff and torn off the Form-9 and returned to Brown. That is the reason the Form-9's and grievances have receipts staff are required to sign, date, and return to the inmate, and that's what was done a few times. This too is a dispute that could decide the case for or against Brown.

(4)

AND AGAIN MAKES SUMMARY JUDGMENT INAPPROPRIATE, AND JUSTIFIES APPELLEES MOTION BEING DENIED.

NEXT, BECAUSE APPELLEES HAVE NOT EVER EVEN ATTEMPTED TO QUESTION IF STAFF SIGNED AND RETURN THE FORM-9 RECEIPTS, IT IS ADMITTED THAT BROWN DID IN FACT WRITE THE FORM-9'S, TURN THEM OVER TO STAFF, WHO SIGNED AND RETURNED THE FORM-9 RECEIPTS TO BROWN, VERIFYING SUCH FACTS AND THAT BROWN INVOKED THE GRIEVANCE PROCEDURE CORRECTLY, AND STAFF THEN PREVENTED BROWN FORM-9'S BEING PROCESS, WHICH THE LAW IS CLEAR AMOUNTS TO PRISON STAFF MAKING BROWN'S ADMINISTRATIVE REMEDIES UNAVAILABLE, WITH THE COURTS CALL PRISON STAFF HINDERING, PREVENTING, THWART, INTERFERING MACHINATION, INMATES EFFORTS TO EXHAUST THEIR AVAILABLE ADMINISTRATIVE REMEDIES, AND THE COURTS EXCUSE EXHAUSTION, BUT AS I MADE CLEAR EARLIER, I DID EXHAUST THE REMEDIES AVAILABLE TO ME. IT BEARS MENTION BROWN GOES ABOVE AND BEYOND IN KEEPING FORM-1/GRIEVANCE RECEIPTS, HAVING STAFF SIGN THE RECEIPTS, TAPES PAGES TOGETHER SO THEY ARE NOT LOST, AND EVEN WRITES A SHORT SUMMARY OF THE COMPLAINT, AND ALSO MAKES MARKS ON BOTH SIDES OF THE RECEIPT AND THE FORM-9 OR GRIEVANCE, SO THAT BROWN CAN MATCH RECEIPTS UP TO THOSE MARKS, DATES, AND BROWN DONE THIS FOR YEARS DUE TO THE NUMEROUS PROBLEMS BROWN'S HAD WITH PRISON STAFF NOT ANSWERING, RETURNING, AND/OR DESTROYING BROWN'S FORM-9'S/GRIEVANCES, AND, BROWN ALSO LABELS THE GRIEVANCE WITH A LETTER, OR NUMBER AS IS DONE ON THE 4-25-2019 EXHAUSTED GRIEVANCE (SEE TOP RIGHT HAND SIDE "(31)" WHICH BROWN STARTED DOING DUE TO PRISON STAFF TAKING THE

(5)

stacks out the forms and mixing all the pages together. Brown also makes a master sheet of the grievances he submits. It can not be disputed that prisoner Brown unlike anyone Brown knows, keeps extremely good track of his paperwork, and is why Brown is able to produce evidence proving Brown is telling the truth, and that Brown did in fact write the complaints and turn them over to prison staff, oh, and Brown also writes the staff members name on the receipt, where that staff signed the receipt (example A-1 cellhouse/cell#115/EDCF) and what prisoner Brown does just as much work trying to prevent staff from preventing Brown from exhausting available remedies, as Brown does writing the complaints themself.

Next, Brown is not adding new defendants or claims in this lawsuit. Brown has been subjected to numerous forms of life-threatening retaliation for litigating this lawsuit, for exercising Brown First Amendment rights, for Brown accessing the courts, and for Brown's efforts to exhaust administrative remedies, and Brown has routinely notified the court of the numerous retaliatory punishment tactics, harassment, etc. Its not petty issues/problems either, for example staff tell numerous other inmates Brown's a rat, telling on them, a punk, a b****, a childmolester (chomo), a fag, a snitch, and a P.C. check in, and staff and inmates know these jackets/labels are looked down on by inmates. Bad that they attack you, jump you, stab you, rape you, steal from you, harass you, hit you with a lock, etc, and staff have done this to me for years, causing me very serious, dangerous problems. I've been attacked, battered, jumped, threatened, hit with urine & feces, and

(6)

Another example is that Brown wrote a filing against an inmate, saying Brown is in fear for his life, needs removed from the cell, with this BIR, known killer, who beat up, tied up, tortured, and raped his last cellie, and then staff moved Brown to another cell, gave the other inmate Brown wrote against the inmate, so the inmates out to kill Brown for telling on the inmate, and only then staff move Brown back into that inmates cell, where Brown was attacked by that inmate, who was trying to kill Brown, but was prevented only by Gods will and one lucky shot to the inmates throught, then staff moved the other inmate and rewarded him for the injuries he inflicted on Brown. Then, staff refuse Brown his life sustaining thyroid medication for weeks, and Browns health deteriorates at an extremely fast rate, which causes Brown to pass out, feel extremely tired 24/7, starts shutting down Brown major organs, makes Browns mind cloudy, causes Brown to be very irrational, to be very irritable, to be forgetful, to have trouble concentrating, sore muscles, get headaches, and more. Brown must take thyroid medication for the rest of his life sadly, and is not support to miss one days dose, let alone weeks, and prison staff do this knowing struggling just to get up out of bed, and have no energy and feel like, poop!, to say the least, and it makes it all but impossible to litigate a lawsuit. Brown was hoping the court would at least ask questions, which Brown believes would of put a little fear into prison staff and causing them to stop trying to have other inmates kill Brown, and/or stop prison staff from

(7)

trying to kill Brown. Brown believes he has a constitutional right to not only file a lawsuit, but to litigate it as best he can, without being subjected to the numerous forms of retaliation, but especially the life and death retaliation. Brown is fighting severe back and knee pain right now! So bad that it brought tears to Brown's eyes as Brown was trying to deal with the pain so he could get done with all this writing. I'm sorry I must stop. I'll continue in a few hours.

You know I was laying in my bunk reading Appellees response brief, and there's several lies Appellees and/or their attorneys have stated, and its so disrespectful to me, the court, justice system and judges, because this is intentionally stated/typed. And intentionally knowingly lying to the court/judge about this case and appeal. First, I went through each sentence in Appellees motion for summary judgment, and I wrote controverts, then go on to explain why, and I referred to documents in my (Brown's) verified complaint, and I also submitted a declaration (Ex H through H-3) and in it explains Brown filed two form 9's and two grievance within the 15 day time period of date of 9-13-2018, and Brown declared it under penalty of perjury. Then Brown filed another (declaration dated 5-5-2022 Ex J and J-1) and Brown swears to under penalty of perjury that everything Plf has said in Plf motions, complaint, declarations, and Plf opposition to Defendants motion for summary judgment. And Brown also cites Hernandez v. Velasquez, 522 F. 2d 556, 561 (5th cir. 2008) ruling a verified complaint containing allegations based on the Plf's personal knowledge is the...

(8)

EQUIVALENT OF AN OPPOSING AFFIDAVIT OR DECLARATION FOR SUMMARY JUDGMENT PURPOSES. THEN BROWN SITES (HOPE V. KLABAL, 457 F.3d 784, 788 (8th CIR 2006), JONES V. BLANAS, 393 F.3d 918, 923 (9th CIR 2004), WHICH HELD THAT WHERE THE PLF IS PRO SE, THE COURT MUST CONSIDER AS EVIDENCE IN HIS OPPOSITION TO SUMMERY JUDGEMENT ALL OF PLAINTIFFS CONTENTIONS OFFERED IN MOTIONS AND PLEADINGS, WHERE ATTESTED UNDER PENALTY OF PERJURY THAT THE CONTENTS OF THE MOTIONS OR PLEADINGS ARE TRUE AND CORRECT (EMPHASIS ADDED). SO THERE'S NO REASON FOR THE APPELLEES/ATTORNEYS TO ALLEGE BROWN OFFERS NO EVIDENCE THAT ~~[crossed out]~~ GO BEYOND THE PLEADINGS. CLEARLY I DID. APPELLEES CLAIM BROWN PROVIDES NO EVIDENCE THAT BROWN SEALED A GRIEVANCE FORM IN AN ENVELOPE AND SENT IT TO THE WARDEN. CLEARLY, I SWORE EVERYTHIN I'VE SAID IS TRUE AND CORRECT UNDER PENALTY OF PERJURY... BROWN ALSO SUBMITTED AN (AFFIDAVIT DOC. NO. 30 EX I-1 THROUGH I-16) AND ON PAGE 11-OF-16 NO. 31) BROWN RECENTS THE CONVERSATION IN PETTIJOHNS OFFICE WITH THE BROWN WAS INSTRUCTED TO FILE A PERSONAL INJURY CLAIM BY PETTIJOHN AND ~~[crossed out]~~ I RECALL IN DOC NO 30 PAGE-10-OF-16, NO. 123 WHEN PETTIJOHN TOLD ME IF HE WAS PROCESSING MY CLAIM HE'D APPROVE IT FOR SURE. NOT ONLY IS THAT DOCUMENT AN AFFIDAVIT, BUT ITS AN EXHIBIT IN BROWNS VERIFIED COMPLAINT. BROWN WILL ALSO POINT OUT THAT BROWN FILED A OPENING BREEF DATED 12-5-2022, I BELIEVE ~~[crossed out]~~.) THEN BROWN NEEDED TO ADD TO HIS OPENING BRIEF ~~[crossed out]~~ FILED A SUPPLEMENTAL OPENING BRIEF ~~[crossed out]~~) AND THE COURT CHANGED THE TITLE TO AMENDED IT ~~[crossed out]~~) AND KOCI ECF DIDN'T DELIVER THE NOTICE OF ELECTRONIC FILING TO ME UNTIL PROTEST TIME PAST I DO THINK. ~~[crossed out]~~ BROWN REFERS TO "WEBSTER'S NEW COLLEGE DICTIONARY, THIRD EDITION" AND THE WORD "SUPPLEMENTAL" WHICH IS DEFINED AS, "1. SOMETHING ADDED TO COMPLETE A THING, OFFSET A DEFICIENCY, OR STRENGTHEN THE WHOLE" "2. A SECTION ADDED TO A BOOK OR DOCUMENT TO PROVIDE ADDITIONAL DATA, OR TO CORRECT ERRORS." IT WAS NOT MY WISH OR INTENTION TO

HAVE MY FIRST BRIEF REPLACED OR AMENDED, AND HAVE MY FIRST BRIEF DISCARDED. THEN I WASN'T ABLE TO PROTEST IT BECAUSE I WASN'T MADE AWARE OF IT UNTIL AFTER I THINK ITS (14) DAYS. AND ITS ANOTHER UNFAIR, UNJUST RULING AGAINST ME BY THE DISTRICT COURT, AND I OBJECT TO MY WHOLE BRIEF BEING REMOVED FROM THE DOCKET AND NOT BEFORE THIS COURT. I TRY HARD TO LITIGATE, WHILE DENIED LAW LIBRARY SERVICES BUT ITS UNREAL WHAT HAPPEND THROUGHOUT THIS LAWSUIT. IT WAS DONE TO ME IN DOC. NO. 30 AND DOC. NO. 33 TOO. NEXT, I SUBMITTED A STAFF SIGNED RECEIPT DATED 12-2-2018, AND IT CLEARLY STATED ITS THE SECOND FORM-9 I SUBMITTED ABOUT THE ATTACK AGAINST ME BY CSI SWENSON ON 9-13-2018, PROVING STAFF WERE DESTROYING MY ATTEMPTS TO EXHAUST MY ADMINISTRATIVE REMEDIES. (SEE DOC. NO. 33-EX-L) AND I ALSO SUBMITTED A FORM-9 DATED 9-24-2018 TELL UNIT TEAM PETTIJOHN / U.T. DAWES TO SIGN AND RETURN MY GRIEVANCE RECEIPT, AND TO PROCESS MY ATTACHED GRIEVANCE. THE FORM-9 RECEIPT IS DATED 9-26-2018 SIGNED BY CSI SANDERS, AND U.T. PETTIJOHN RETURNED THE FORM-9 AND WROTE AT THE BOTTOM OF THE PAGE, "SIGNED AND MOVED FORWARD", AND PETTIJOHN SIGNED IT. (SEE DOC. NO. 33, EXH'S, L-1, AND L-2) THIS DOCUMENT PROVES I FILED AND SUBMITTED A FORM-9 AND GRIEVANCE WITHIN 15 DAYS OF SWENSON ATTACKING ME, AND IS YET ANOTHER EXAMPLE OF STAFF (PETTIJOHN) DESTROYING MY PAPERWORK, AND PROVES WITHOUT A DOUBT THAT I ATTEMPTED TO EXHAUST, BUT REMEDIES WERE UNAVAILABLE DUE TO KDOC/HCF STAFF DESTROYING MY FORM-9'S AND GRIEVANCES, AND NOT ONLY DO THE DOCUMENTS EXPLAIN THEMSELF, BUT DOC. NO. 33 AT PAGE-2, NO. 3 EXPLAINS THE DOCUMENTS PURPOSE, AND FINALLY APPELLANT POINTS OUT THAT ↑ PAGE-8 DOC. NO. 33 IS SWORN TO UNDER PENALTY OF PERJURY THE DOCUMENT IS TRUE AND CORRECT, AND APPROPRIATE FOR SUMMARY JUDGMENT, AND CREATES ANOTHER EXAMPLE OF ADMINISTRATIVE REMEDIES BEING UNAVAILABLE, SUPPORTED BY EVIDENCE AND IT CREATES ANOTHER GENUINE ISSUE OF MATERIAL FACTS AND APPELLEES MOTION FOR SUMMARY JUDGMENT SHOULD...

HAVE BEEN DENIED.

NOW, ITS VERY IMPORTANT FOR THE COURT TO UNDERSTAND THAT WHEN K.D.O.C. STAFF REFUSE ME MY LIFE SUSTAINING THYROID MEDICATION IT CAUSES ME TO FORGET EVERYTHING. ITS SO BAD I DONT RECALL WHAT MEAL IT IS, WHAT DAY IT IS, IF I BRUSHED MY TEETH THAT MORNING, IF ITS MY DAY TO SHOWER, IF ITS THE DAY IM SUPOST TO CALL MY GIRLFRIEND, HOW TO SPELL, AND IM NOT ABLE TO READ, AND UNDERSTAND AND REMEMBER, AND KDOC OFFICIALS INTENTIONALLY REFUSE ME MY THYROID MEDICATION BEFORE IM SUPOST TO GET LEGAL PAPERS SO I HAVE NO RESOLVE TO SO IM EVEN MORE HANDICAPPED THAN I ALREADY AM AS A STATE PRO SE INMATE ON A LOCK DOWN STATUS. THIS ISNT NEW CLAIMS, IM EXPLAING TO THE COURT ANOTHER LIFE THREATENING RETREATORY PUNISHMENT TACTIC KDOC OFFICIALS USE TO DISAVANTAGE PRO SE PRISONERS, AND KDOC OFFICIALS/DEFENDANTS AND THEIR ATTORNEYS KNOW IT AND SUPORT SUCH CORRUPT EVIL PRACTICES. AS ITS MADE IT IMPOSSIBLE TO LITIGATE THIS CASE TO THE BEST OF MY ABILITY. AND ITS SICKENING THAT KDOC OFFICIALS/DEFENDANT DENY ME THE LIMITED LAW LIBRARY SERVICES IM SUPOST TO RECEIVE, AND THEN FILE PAPER WORK SAYING I DIDN'T FOLLOW A RULE AND SHOULD BE HELD ACCOUNTABLE. I ASK THIS COURT WHY DOESN'T THAT JUSTIFY AN ATTORNEY BEING APOINTED TO ME? APELLEES ARE SAYING MY FIRST SUBMITTED REPLYS/BREIFS ARE NOT PART OF THE RECORD, WHEN I NEVER ASKED THEM TO BE DISCARDED. I OUTRIGHT STATE I WANT MY FIRST SUBMITTED STUFF TO STILL RULE, AND THAT I JUST WANT THE SECOND STUFF <u>ADDED</u>. NOT AMENDED. THATS NOT RIGHT OR FAIR EITHER. AND I ALSO WANT TO SAY I DID MAKE COMPLAINTS ABOUT DEFENDANT SCHNURR AND BAYNHAM. I ALSO CONTROVERTED/DISPUTED JUST ABOUT ...

(11)

EVERYTHING DEFENDANTS SAID BECAUSE THEY JUST LIED, AND THE FEW THINGS I DIDN'T CONTROVERT ARE THINGS LIKE HOW LONG I'VE BEEN IN PRISON, WHAT PRISON I WAS AT THE DATE I WAS ATTACKED, WHERE I'M SUING, WHAT I'M IN PRISON FOR... BUT EVERYTHING ELSE IS IN FACT DISPUTED/CONTROVERTED. (SEE THE 32 PAGES OF DOC NO 30) I DID NOT AGREE TO DISCARD THOSE 32 PAGES FOR THE 8 PAGES IN DOC NO. 33) THAT'S CRAZY! THE DISTRICT COURT JUDGE/CLERK IS FIGHTING ME FOR THE DEFENDANTS TO END MY CASE. JUST READ WHAT I'VE WROTE IN (DOC NO 33 PAGE-1 AND 2) BECAUSE I EXPLAIN I JUST RECEIVED NEW INFORMATION I DIDN'T HAVE, AND THAT PLF WISHES TO ADD THESE FACTS, EVIDENCE, INFORMATION, AND ARGUMENTS TO PLF'S RESPONSE DOC. NO. 30 ALREADY FILED WITH THIS COURT. PLF STATES THE FOLLOWING, "I FILED DOC NO 33 BY SUBMITTING IT TO PRISON STAFF ON 5-18-2022, AND YET I WASN'T GIVEN THE NOTICE OF ELECTRONIC FILING FOR DOC. NO. 33 UNTIL (6-20-2022), WHICH IS PAST THE 14 DAY TIME PERIOD TO PROTEST. PLUS, I WAS UNDER THE IMPRESSION THAT DOC. NO. 33 WAS BEING ADDED TO DOC NO. 30, WHICH IS WHAT I SAID I WANTED DONE, SO THERE IS NO REASON FOR THE DIST. COURT TO CONSTRUE ANYTHING, AS I CLEARLY STATE WHAT I WANT ON PAGE ONE AND TWO OF DOC. NO. 33, AND THEREFORE APPELLANTS ARGUMENTS IN HIS ~~RESPONSE~~ ~~~~ RESPONSE IN OPPOSITION TO DEFENDANTS MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT. THE SAME THING HAS HAPPEND IN MY INITIAL OPENING BRIEF AND MY SUPPLEMENTAL OPENING BRIEF. AND DEFENDANTS SHOULD HAVE RESPONDED TO BOTH DOCUMENTS. ALSO, THIS COURT WOULD NOT RULE ON MY MOTION FOR APPOINTMENT OF COUNSEL, AND I NOW ASK THAT COURT RULE ON IT. AND I'M GONNA SAY AGAIN, WHEN K.D.O.C./OFFICIALS/DEFENDANTS AT H.C.F. AND EDCF REFUSE TO ALLOW ME TO CHECK OUT THE FEDERAL RULES OF CIVIL PROCEDURES AND LAW DICTIONARIES, AND FED. RULES OF EVIDENCE, AND SO FORTH, THE COURT SHOULD NOT MAKE ANY DISFAVORABLE RULES AGAINST ME FOR NOT FOLLOWING A RULE WHEN KDOC OFFICIALS/DEFENDANTS REFUSE TO CHECK THOSE BOOKS OUT TO ME, AND THEN REFUSE TO SEND ME THE PARTS OF THE BOOK I REQUEST TO CHECK OUT BY FORM 9. ITS DENYING ME LAW LIBRARY, AND ILLEGAL, AND ONCE AGAIN, I'M NOT MAKING NEW CLAIMS, I'VE INFORMED THE COURT OF ALL OF THIS STUFF FROM DAY ONE AND THE DIST. COURT REFUSED TO DO ANYTHING ABOUT IT OTHER THAN DENY ME

(12)

HELP, RELIEF, PROTECTIVE ORDERS, ETC. KDOC/ENF. OFFICIALS HAD AN INMATE TRY TO KILL ME AND THE COURT DID NOTHING, MEDICAL WERE TRYING TO KILL ME, AND THE DIST. COURT DID NOTHING OTHER THAN DENY ME COUNSEL, TELL ME IF I'M REQUESTING RELIEF ITS DENIED, AND DENIED MY ORDERS TO SHOW CAUSE. CLEARLY THE DISTRICT COURT HAS BEEN BIASED AND VERY COLD TO ME, WHICH I GET TO A POINT, BUT WHEN ITS LIFE AND DEATH AND I'M SUPPORTING EVERYTHING I'M SAYING WITH TIMES, DATES, NAMES, PLACES ETC I DON'T UNDERSTAND. AND I CAN TELL YOU THIS IF MOST PEOPLE WERE IN THE AMOUNT OF PAIN THAT I'VE HAD TO ENDURE WHILE DOING MY BEST TO LITIGATE THIS CASE THEY WOULDN'T OF GOT ANYTHING DONE. I'VE BEEN RETALIATED AGAINST OVER AND OVER AGAIN FOR LITIGATING THIS CASE AS BEST AS I CAN. I ALSO WANT TO POINT OUT IN DEF's (DOC. NO. 27, PAGE-1) IT SAYS "IF YOU HAVE PROOF OF YOUR CLAIM, NOW IS THE TIME TO SUBMIT IT" AND THAT IS WHAT I DID, YET DEFENDANTS SAY PLAINTIFFS DOC. NO. 30/DOC. NO. 33 IS NOT BEFORE THIS COURT. AND I ALSO SAY THAT THE SCOPE OF THIS APPEAL INVOLVES EVERYTHING THAT WAS BEFORE THE DISTRICT COURT. I CLEARLY EXPLAIN MY EXHIBITS SHOW HOW KDOC OFFICIALS/DEFENDANTS HAVE A LONG HISTORY OF DESTROYING PRISONERS FORM-9's/GRIEVANCES, PAPER WORK, LEGAL WORK. SO DEFENDANTS ARE LYING AGAIN. AND I DID DESTROY ALL DEFENDANTS ALLEGED MATERIAL FACTS. AND DEFENDANT ARE LYING SAYING I DIDN'T, AND THAT IS WHY THEY TRY TO THROW OUT MY FIRST FILINGS, AND ONLY RULE ON STUFF I ADDED TO WHAT I ALREADY FILED. THE COURT SHOULD SANCTION KDOC/DEFENDANTS/ATTORNEY FOR ALL THE LIES THEY HAVE TYPED ON THIS RESPONSE BRIEF. AND ITS INSANE THAT A HIGH RANKING GUARD BEATS ME WITH A CHUNK OF METAL, AND I ACCEPT IT, ENDURE IT, SUFFER IT, AND I'M STILL BEING PUNISHED TODAY FROM ALL THE LIES BEING TOLD, AND RETALIATION I CONTINUE TO BE SUBJECTED TO ALL BECAUSE I FILE FORM 9's, GRIEVANCES, AMENDS, AND LAW SUITS... IT ACTUALLY MAKES ME PHYSICALLY SICK, DEPRESSES ME, DRAINS MY LITTLE ENERGY. MAN, I'M NOT SURE WHAT TO DO. I'M DENIED LAW LIBRARY BECAUSE I'M IN SEGREGATION, I'M BEING FACED WITH ATTEMPTS ON MY LIFE BY STAFF AND INMATES STAFF USE. I FILED FORM-9's AND GRIEVANCES AND INJURY CLAIM LIKE I WAS SUPPOSE TO, WHEN I WAS SUPPOSE TO AND SWORE TO IT UNDER PENALTY OF PERJURY AND PRODUCED PROOF/ DOCUMENTS/EVIDENCE SUPPORTING THAT, I SUBMITTED FORM 9...

(13)

AND GRIEVANCE RECEIPTS, SIGNED BY STAFF SHOWING I TURNED THEM IN, AND I SWORE TO IT, SO I DON'T UNDERSTAND HOW ELSE IM SUPPOST TO PROVE TO THE COURT THAT IT HAPPENED. I HAVE THE STAFFS NAME AND DATE THEY TOOK MY FORMS/GRIEVANCE, AND YET DEFENDANTS-APPELLEES ARE TALKING ABOUT CONCLUSORY ALLEGATIONS. WHAT? IM STATING FACTS, TELLING WHAT HAPPEND, WHEN, AND WHY, SO SOMEONE PLEASE EXPLAIN TO ME HOW IM SUPPOST TO DO IT, BECAUSE I ALSO SUBMITTED OVER 30 EXHIBITS TO PROVE IT! A LONG STANDING KDOC FACILITY WIDE PRACTICE THAT SECURITY STAFF AND DESK OFFICIALS DESTROY PRISONERS LEGAL/OFFICIAL PAPERS, AND IVE BEEN IN PRISON FOR 30 YEARS STRAIGHT AND KNOW WHAT IM TALKING ABOUT! ITS WHY I DO SO MUCH MORE THAN OTHER AM'S WHEN SUBMITTING MY PAPER WORK, WHY I MAKE SURE STAFF GIVE ME MY RECEIPTS BACK OR WRITE THEM UP WHEN THEY DONT. I HAVE SUBMITTED DECLARATION/AFFIDAVITS AND A VERIFIED COMPLAINT, AND THE EVIDENCE SHOWS IM TELLING THE TRUTH AND THE DISPUTE MAKE SUMMARY JUDGMENT WRONG, AND THIS COURT SHOULD OVER RULE THE DIST. COURTS RULINGS FOR DEFENDANTS, AND SINCE IM UNABLE TO GO TO POPULATION AND AM REFUSED LAW LIBRARY SERVICES OTHERS ENJOY AND BECAUSE IM PUNISHED FOR MY LEGAL WORK EFFORTS, AND BECAUSE KDOC STAFFS ATTEMPTS ON MY LIFE, AND KDOC STAFFS HAVING OTHER INMATES MAKE AN ATTEMPT ON MY LIFE, COUNSEL SHOULD BE APPOINTED, BECAUSE THE DIST. COURT WONT EVEN ASK DEFENDANTS TO EVEN TRY TO EXPLAIN THE RETALIATION IVE BEEN REPORTING. AND ALL OF THE DEFENDANTS D-KAN RULES CITED AND FED R. CIV P. RULES ARE AND HAVE BEEN REFUSED TO ME AND/OR DEFENDANTS ARE LYING ABOUT THE RECORD SAYING I VIOLATED IT OR THAT I ADMITTED SOMETHING WHEN I DID NOT. I DISPUTED EVERYTHING ABOUT THE ACTUAL ARGUMENT BETWEEN US THAT INVOLVE THE LAWSUIT! AND TAKING AWAY ALL MY LIFE SUSTAINING THYROID MEDICATION AND

(14)

EXPECTING ME TO MAKE NO MISTAKES AND TO BE OF SOUND MIND IS A JOKE. KDOC/DEFENDANTS/OFFICIALS HAVE KNOWINGLY/INTENTIONALLY TAKEN AWAY MY HEALTH TO HANDICAP ME AND MY ABILITY TO FILE PAPERWORK. AND LETS NOT FORGET THAT KDOC/DEFENDANTS/OFFICIALS HAVING AN INMATE ATTACK ME, TRY TO RAPE ME, KILL ME, HARMED ME REALLY BAD SO IM IN SO MUCH F****EN PAIN, AND AM SCARED TO DEATH WONDERING WHEN THE NEXT DEATH ATTEMPT AGAINST ME WILL OCCURE AND HOW. I WAS ALSO TOLD I DIDNT HAVE TO SUBMIT DOCUMENTS, ~~AND~~ BUT MY ACTUAL CASE HAS MERIT, DEFENDANTS ADMITTED IT ALREADY, AND IVE DONE WHAT IM SUPPOSE TO DO AND MORE. AND DEFENDANT ARE LYING SAYING ONE OF MY DOCUMENTS ONLY ASK CAMERA FOOTAGE BE SAVED. AND MY COMPLAINTS ARE MADE WITHIN 15 DAYS! AND ~~~~ I DISPUTED DEFENDANTS LIES AND THATS WHAT WAS NEEDED TO BEAT SUMMARY JUDGMENT. AND I FILED A LAWSUIT ABOUT H.C.F STAFFS ATTACK, STAFF FAILING TO STOP IT, BEING DENIED MEDICAL, NOT ABOUT STAFF DESTROYING MY PAPERS, IVE HAD TO DEFEND AGAINST THAT LATER ON, SO ITS NOT A TIMELY CLAIM. ITS FIRST EXPLAING AND ALSO DEFENDING MYSELF AND DEFENDANTS VERY CLEAR LIES IS SO DISRESPECTFUL. IM SURE THIS COURT CAN SEE THAT AND PRAY IT IS MADE CLEAR THIS COURTS NOT SUPPORTING SUCH BEHAVIOR. ITS WASTING ALL OUR TIME! LIKE IM NOT STILL FILING GRIEVANCES RELATED TO THIS LAWSUIT, OTHER THAN DOCUMENTING RETALIATION E.D.C.F. STAFF HAVE SUBJECTED ME TO FOR DOING PAPERWORK/LAW WORK. AND I DIDNT FAIL TO EXHAUST! I DID SO EVEN KNOW H.C.F. STAFF/DEFENDANTS WERE TRYING TO STOP ME, LYING, DESTROYING STUFF I'D FILE, AND I STILL GOT IT DONE, AND PROVED STAFF DESTROYED MY FORM 9'S/ GRIEVANCES TOO. AND IVE MADE SERIOUS EFFORTS TO DO EVERYTHING I CAN, EVEN WHEN AS NOW FOR THE LAST TWO HOURS ALMOST CRY FROM THE PAIN IM IN DUE TO SITTING AND WRITING, AND I DID ADDRESS STAFF DESTROYING/NOT RESPONDING TO MY FORM 9'S/GRIEVANCES! I CANT TAKE NO MORE PAIN!

(15)

ALSO, DEFENDANTS-APPELLEES DO NOT SWEAR TO ANY OF THEIR CLAIMS/ LIES, AND THE AL MOTION SHOULD BE DENIED!

RESPECTFULLY,
x Christopher David Brown

DATE - 2-16-2023

( I INVOKE THE ~~MAILBO~~ MAILBOX RULE AS E.D.C.F. )

I CHRISTOPHER DAVID BROWN being competent to make this declaration and having personal knowledge of the matters state/declare pursuant to 28 U.S.C. §1746 under penalty of perjury that everything I've said is true and correct.

Executed on 2-16-2023

x Christopher David Brown

I hereby certify that on THIS 16TH DAY OF FEBRUARY, 2023 the foregoing APPELLANT REPLY BRIEF TO APPELLEES RESPONSE BRIEF was turned in to A-1 CELLHOUSE PRISON STAFF FROM CELL #242 IN SELF ADDRESSED ENVELOPES WITH LARGE SAOS/AND INDIGENT POSTAGE FORMS ADDRESSED TO: THE UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT, 1823 STOUT STREET, DENVER, COLORADO 80257, AND MATTHEW L. SHOGER, 120 SW 10TH AVE, 2ND FLOOR, TOPEKA, KANSAS 66612

(16)

DAVID BROWN #57800
EL DORADO CORRECTIONAL FACILITY
P.O. BOX 311
EL DORADO, KANSAS
67042

THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

1823 STOUT STREET

DENVER, COLORADO
80257