| Print Requester | Booking # | Request Date | Requested Ink | Room | Location |
|---|---|---|---|---|---|
| David Brown | 57800 | 02/22/23 10:33 CST | Black/White | A | 07,AA1242 |

14:29

From: David Brown on 02/20/23 14:18 CST

Dear clerk, DATE 2-24-2023

I'm writing in regards to appeal case # 22-3183. I have been trying to get K.D.O.C./ELDORADO CORRECTIONAL FACILITY to deduct $350.00 from my forced savings for about a month now, but I'm being told they haven't been notified about any court fees I owe and told me to contact the court. Although, I've showed my assigned unit team counselor (LITTLE) the courts order saying I owe $505.00 and 20% will be taken from my money, and my unit team counselor scanned the court order, but accounting and/or CIB won't do anything until they hear from the court. So please contact E.D.C.F./ACCOUNTING/CENTRAL INMATE BANKING about this matter. Also, I now have over $400.00 on my forced savings, and will send what's left on that account once they send the $350.00 I've already requested they send.

*[signature]*
ELDORADO CORRECTIONAL FACILITY
P.O. BOX 311
ELDORADO, KANSAS 67042

RECEIVED
U.S. COURT OF APPEALS
10TH CIRCUIT
2023 MAR -2 AM 11:05

NOTICE! This correspondence was mailed from an institution operated by the Kansas Department of Corrections. Its contents are uncensored.

DAVID BROWN #57800
E.DCF.
P.O. BOX 311
EL DORADO, KANSAS
67042



UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
1823 STOUT STREET
DENVER, COLORADO
80257