United States Court of Appeals
for the Tenth Circuit

Christopher David Brown,
Plaintiff - Appellant

v.

Daniel Schnurr, et al.,
Defendants - Appellees

Appeal Case No. 22-3183

(5:21-CV-03105-JAR-GEB)
(Dist. Court)

## Motion Requesting the Court Appoint Council to Appellant

Comes now Pro Se State Prisoner Christopher D. Brown "Mr. Brown" here after. In the above captioned case, pleas with this Court to grant this motion and appoint Council to Mr. Brown. Mr. Brown states the following facts supporting the Necessity, Need, Justification for this motion to be granted.

1) Mr. Brown is unable to afford Council, but is willing to pay an Attorney on a Contingency fee basis.

2) Mr. Browns Health/Life is at risk due to K.D.O.C.'s staff retaliating against Mr. Brown for his refusing to quit filing Law suits.

3) Mr. Brown is on Administrative Segregation Lockdown Status, and is not allowed to Physically visit the Law Library, and the limited Law material Mr. Brown is supposed to have is done by submitting "form 9's", but alot of those "form 9's" are Lost/Destroyed denying Mr. Brown Law Library. Furthermore it is Unreal, but true that E.D.C.F.-H.C.F.- Law librarys refuse to allow Pet Prisoner & Appellnt to check out the Federal Rules and Civil Proceedures book, and other Rules that Specifically Govern this 1983 Federal Law Suit, denying Mr. Brown information necessary to litigate this Law suit effectively.

4) K.D.O.C. staff have continued to subject Mr. Brown to life threatening retaliation which keeps Mr. Brown in a state of fear of being killed seriously effecting Mr. Browns ability to litigate this Lawsuit.

5) Mr. Brown has been subjected to Two (2) forms of life threatening and Illegal/Evil retaliation that have both caused Mr. Brown serious harm/Injury. One (1) is causing other Inmates to attack Mr. Brown and attempting to take Mr. Brown out, and one (1) is using K.D.O.C. contracted Medical staff to try and kill Mr. Brown by refusing Mr. Brown his life sustaining medication for his thyroid condition, and/or by giving Mr. Brown Unknown pills not subscribed to Mr. Brown that caused Mr. Brown's heart to feel like it was being stabbed. These are only two (2) of the most fearful things/forms of retaliation Mr. Brown has been, and continues to be subjected to Which Mr. Brown believes Justifies the Dist. Court to grant a Order of Protection, and appointing Council, but Mr. Brown was left to fight for his life alone. Mr. Brown suffers from two (2) serious Injurys still to date, which Mr. Brown recieved from a Violent Gangmember attacking Mr. Brown due to E.D.C.F. staff labeling Mr. Brown a "Rat" and informing the inmate that Mr. Brown wrote a "form 9" against the Inmate. The knee and especially the back injury Mr. Brown suffers from Handicaps Mr. Brown as he is always in pain and unable to sit, read or write for long periods of time. Therefore, I Michael A. Lewis am assisting Mr. Brown with this motion.

6) Mr. Brown understands he does not have a right to council in a civil case, but the court can grant council for a just cause and Mr. Browns situation is believed to be one of those rare cases that the court may see fit to appoint council.

7) K.D.O.C. - H.C.F. - E.D.C.F. have a long history of refusing Mr. Brown his Thyroid Medication which is life sustaining, and is not to be missed even for a day. As a retalitory punishment and tactic to disadvantage Mr. Brown. By Impairing Mr. Browns health, the consequences of denying Mr. Brown his Thyroid medication are immense. Mr. Brown is exausted, In pain, unable to concentrate, extremely physically and mentally Impaired, Mr. Browns hands shake, He's cold all the time, but more than usual, extremely fatigued

, and Mr. Browns vital organs begin to shut down. Mr. Brown said He sent the court a Motion "Requesting the court issue an Order to show cause why a Protective Order should be Issued", and a Motion Notifying the court of further life threatening retaliation against Appellant that is four (4) pages long, and five (5) pages of detailed facts of a few times he was denied his meds, and this is a serious form of retaliation, and is not fair BECAUSE Mr. Brown is put at a even more disadvantage. This time Mr. Brown was refused his medication for about two (2) weeks, and it was only stopped because Mr. Browns Uncle Mr. Dager was contacting Doctors and other officials about what was going on again. I bring this matter to the Courts attention because staff were telling Mr. Brown to file a grievance and to file "another" Law suit which seems to be a message telling Mr. Brown to stop doing Legal work, but under the life threatening circumstances Mr. Brown is faced with it seems to be more than enough to justify appointing Mr. Brown an Attorney. Even if only to protect Mr. Brown and deter K.D.O.C. staff/Medical from trying to kill Mr. Brown or cause it to happen. Which is exactly what was happening, and happened to at H.C.F. as well. The last time at H.C.F. Mr. Brown was denied meds for approximately eight (8) days, and another time at H.C.F. for approximately twenty eight (28) days, which resulted in Mr. Brown being removed from his cell for Emergency Sick Call at 8:00 or 9:00 p.m. when sick call is not ran at night, and only emergency cases are seen. Mr. Brown was about to die per medical staff's own words. this is a condition K.D.O.C. has used to put the fear of life in Mr. Brown for years. Because Medical and those in charge of medical staff out right lie, and fabricate records so it is documented that Mr. Brown has been getting his Meds or claims Mr. Brown refused his meds, and both are out right lies! Just like this last time at E.D.C.F. when Medical denied Mr. Brown his life threatening Thyroid Medication the Top medical officer responded to Mr. Browns "form 9" and grievances stating "Records show Mr. Brown has been getting his medication" which is a outright lie, and can easily be prooven as such. but KDOC Wardens have a long time standing unwritten policy, to give guilty staff Impunity, plus since K.D.O.C. IS short staffed pretty much, staff/Medical can kill a prisoner without consequences. It takes time (Months) once Mr. Brown is given his medicine again before he feels somewhat "normal" again, and sadly "Normal" for Mr. Brown is not healthy. Mr. Brown has reported this life threatening retaliation

to the Courts several times, and the Dist. Court refused to do anything at all. Other than tell Mr. Brown "if he's requesting relief, he's denied". Mr. Brown responded by saying he's just trying to stay alive, and Prosecute this Law suit without K.D.O.C. -Defendants- Staff - Medical killing him or causing others to kill him. Attached are documents where Mr. Brown recorded this last period K.D.O.C. officials/Medical refused Mr. Brown his life sustaining Thyroid Medication in retaliation to Mr. Brown doing Legal work, and Preventing Mr. Brown from being able to think clearly to say the least. Due to K.D.O.C. facilities H.C.F. - E.D.C.F. - L.C.F. continual life threatening Medical retaliation. It seems these circumstances are those that the Courts/Judges would find to be extremely unnerving, concerning, crazy, fearful, evil, illegal, and is one of the hopefully rare, cases that absolutely Justify the need to appoint council. Which Mr. Brown believes will deter K.D.O.C. staff from killing Mr. Brown at the very least.

Wherefore, Mr. Brown prays the Courts grant this motion for Appointment of Council.

Respectfully, *[signature]*

Date - 3-7-2023

(EX-1)

# RE: DENIAL OF LIFE SUSTAINING MEDICATION

STAFF INVOLVED, U.T. LITTLE, C/O FLORES, C/O QUEEN, C/O PFEIFER, CSI BABCOCK, CSI STARKIE, C/O REYNOLDS,

IN A-1 CELLHOUSE CELL 252 AND 242 AT E.D.C.F.

11-28-2022   MED AID CHARLES REFUSED MEDS **NO MEDS**

11-30-2022   MED AID CHARLES REFUSED MEDS CSI STARKIE ESCORTING HER, **NO MEDS**

12-1-2022   MEDICAL CLERK CAME TO CELL AND HAD ME SIGN MEDICAL RELEASE FORM, FOR STAN TO SEE MY RECORDS (ALL)

12-2-2022   (FRI) MED AID KIMSLEY APPROX 12:05 AM GOT MEDS

12-3-2022   (SAT) C/O QUEEN ESCORTING APPROX 10:15 AM GOT MEDS ?

12-4-2022   (SUN) C/O FLORES ESCORTING APPROX 9:20 AM GOT MEDS ?

12-5-2022   (MON) APPROX 10:36 AM

12-8-2022   (THUR) MED AID TOLLIVER, C/O FLORES ESCORTING APPROX 12:50 PM NO MEDS SAY THE NEW MACHINE DIDN'T PUT MY MEDS OUT.

12-14-2022   (WED) MED AID CHARLES APPROX 7:40 AM HAVEN'T ATE YET GOT MEDS

12-18-2022   (SUN) APPROX 11:56 AM ATE C/O REYNOLDS ESCORTING AND SAYS HE JUST FOLLOWS MED AID AND OPEN POP PASS DOORS AND HAS NO CONTROL OVER WHO GETS MEDS SPOKE TO CSI BABCOCK WHO SAYS SHES CALL CLINIC, THEN SAYS CLINIC TOLD HER THEY WILL CALL HER BACK

12-19-2022   MED AID CHARLES REFUSED MY MEDS APPROX 10:55 AM. I ASKED HER WHERE MY MEDS ARE AND SHE SAID NOTHING/IGNORED ME, THEN SAYS SHE NOT HAVE ANY FOR ME. I SPOKE TO U.T. LITTLE AGAIN ABOUT BEING DENIED MY LIFE SUSTAINING MEDS AND HE SAYS HE'LL TALK TO MED AID CHARLES. I TOLD MED AID CHARLES I WAS WRITING HER UP FOR DENYING ME MY MEDICATION AGAIN, SHE SPOKE WITH LITTLE AND THEY BOTH CAME TO MY CELL AT APPROX 11:09 AM AND CHARLES SAYS THEY DON'T HAVE MY DOSE OF THYROID MEDICATION IN STOCK. AND I SAID SO YOU GUYS DO HAVE THYROID MEDS IN STOCK SO CUT SOME PILLS TO MAKE MY DOSE AS ITS BEEN DONE IN THE PAST. CHARLES SAID MED AID ROCKWELL TOLD HER THEY ARE NOT ALLOWED TO DO THAT, AND I SAID ROCKWELL'S DONE IT BEFORE YEAR BACK WHEN I WAS HERE, AND OTHERS HAVE TOO. AND YOU LIED BECAUSE YOU TOLD ME YOU DON'T HAVE MEDS IN STOCK AS ALL AND ECC BE LOOKED INTO IT UP.

(PAGE-1-OF-5)  (NEXT PAGE) →        →        →

HANNAH M. FOSTER                                                (EX-2)

12-20-2022  (TUE) I WROTE EMERGENCY GRIEVANCE(S), MED AID FOSTER, C/O FLORES ESCORTED HER, FOSTER REFUSED TO SPEAK TO ME, REFUSED ME MY MEDS, AT APPROX 10:05A UNIT TEAM LITTLE CAME TO SPEAK TO ME AT APPROX 11:10 AM AND SAID HE SPOKE TO MED ADM/NURSE ROCKWELL, AND SHE SAID SHE'S GOING TO LOOK INTO WHY I'M NOT GETTING MY MEDS.

12-21-2022  MED AID DIXON REFUSED ME MY MEDS, APPROX 10:23 AM, A-1/252/EDCF, DIXON SAID I DON'T HAVE MEDS BECAUSE THEY DON'T HAVE IT AND ROCKWELL IS WORKING ON IT, MED AID DIXON SAYS MY MEDS COMES STRAIGHT FROM THE PHARMACY AND IT JUST STARTED AGAIN AND THEY ARE WAITING FOR IT.

12-22-2022  MED AID CHARLES SAID SHE DON'T HAVE MEDS FOR ME BECAUSE THEY DON'T HAVE MY DOSE AND THATS WHY, ALTHOUGH SHE TOLD ME IT WAS BECAUSE I WAS IN A STROLL AND THATS WHY SHE HASN'T GIVEN ME MY MEDS. APPROX: 11:42 AM A-1/252/EDCF C/O FLORES ESCORTING, MED AID DIXON STARES AT ME CELL AND SAYS SHE DOESN'T HAVE MY MEDS BECAUSE THE MACHINE DON'T HAVE MY MEDS. I TOLD HER MY MEDS DON'T EVER STOP, AND I'M NOT SUPPOST TO MISS ONE DOSE LET ALONE SEVERAL

12-22-2022  C/O FLORES SAID THEY DID LAB IN A-1 CELLHOUSE FOR THE BOTTOM RUNS AND THEN STOPPED AND THEY WOULD RES____ THE TOP RUNS, WHICH IS WHERE I'M HOUSED.

12-23-2022  (FRI) APPROX 11:32 AM, MED AID DIXON, NO MEDS. I SPOKE TO U.T. LITTLE ABOUT IT AGAIN, SPOKE TO STAN ABOUT IT WHO SPOKE TO THE GUY HE SPEAKS TO WHO SAID HE'S PUTTING IN A GRIEVANCE

12-24-2022  MED AID DIXON, C/O QUEEN ESCORTING, APPROX 11:24 AM (SAT) A-1/252/EDC NO MEDS, SAYS ITS NOT THE MACHINE, THAT MY MEDS COME STRAIGHT FROM THE PHARMACY, SAYS SHE'S NOT SURE WHY I HAVEN'T GOTTEN IT YET, BUT SAYS BECAUSE OF SNOW FEDX DIDN'T DELIVER MY MEDS.

(GOT MEDS FINALLY)
12-25-2022  MED AID DIXON, C/O QUEEN ESCORTING, A-1/252/EDCF, APPROX: 11:03 AM, GOT FIRST DOSE OF THYROID MEDS IN OVER A WEEK, DIXON SAID MY MEDS FINALLY CAME IN.

(PAGE-2-OF-5) → NEXT PAGE | → → →

JACQUELINE T. ROCKWELL
AMANDA M. WALKER
MEGAN L. CHARLES
SIERRA M. OLIVER-PALACIO

(EX-3)

(GOT MEDS)
12-26-2022 MED AID ROCKWELL, A1/25L/EDCF/ APPROX: 1:45 AM, SAYS MY DOSE IS 88 AND IT WASN'T IN THE COMPUTER, AND THE COMPUTER ONLY HAS THE TOP 200 MEDICATIONS, AND THEY HAD TO WAIT UNTIL THE PHARMACY SENT THEM, AND ROCKWELL SAYS SHE DON'T KNOW ITS BEEN A PROBLEM FOR LIKE TWO WEEKS, FLOATING MEDS

(GOT MEDS)
12-27-2022 MED AID ROCKWELL, FLOATING MEDS, A1-25L-EDCF, C/O FLORES ESCORTING

(GOT MEDS)
12-28-2022 MED AID CHARLES, C/O FLORES ESCORTING, APPROX 2:58 AM, A1-25L-EDCF, FLOATING MEDS

12-29-2022 SICK CALL, NURSE OLIVERY SPOKE TO HER ABOUT BEING DENIED MY MEDICATION AND ABOUT BEING DENIED MY LABS/BLOOD DRAW

(GOT MEDS)
12-29-2022 MED AID CHARLES, C/O FLORES ESCORTING, APPROX 10:10 AM, A1-25L-EDCF,

(GOT MEDS)
12-30-2022 HAVEN'T ATE YET, FLOATING A CUP, APPROX 11:04 AM, C/O FLORES ESCORTING,

(NO MEDS)
12-31-2022 APPROX 9:05 AM, C/O REETRICH, MED AID WALKER, REFUSED MEDS, SAYS SHE'D HAVE TO CHECK INTO IT, DOESN'T KNOW NOTHING ABOUT ME GETTING MEDS, SHE NEVER CALLED OR CAME BACK. MEDS WERE SUPPOST TO BE CHANGED TO NIGHT SHIFT PER NURSE OLIVER AT MY SICK CALL ON 12-29-2022.

(GOT MEDS)
1-2-2023 MED AID CHARLES, APPROX: 10:50 AM, A1-25L/EDCF, I SAID IM SUPPOST TO GET MY MEDS ON THE NEXT SHIFT, AND I WAS EATING, BUT CHARLES SAID TAKE YOUR MEDS NOW OR NOT AT ALL I DON'T CARE, WHEN I SAID IM NOT EVEN SUPPOST TO TAKE THESE AN HOUR BEFORE AND AFTER I EAT. CHARLES SAID SHE DON'T KNOW WHAT IM TALKING ABOUT AND SMILES WHEN I SAID IM SUPPOST TO TAKE MY MED ON THE NEXT SHIFT. I SPOKE TO C/O QUEEN APPROX: 12:00 AM WHO SPOKE TO NURSE OLIVER ABOUT ME SUPPOST TO BE GETTING MY MEDS ON NEXT SHIFT, AND OLIVER SAID I SHOULD BE GETTING MY MEDS ON THE NIGHTS, AND THAT SHE WOULD SPEAK TO MED AID CHARLES.

1-11-2023 WENT TO CHRONIC CARE RN STEWART, WHO SAID IM TIMELE DUE TO THE GRIEVANCES THAT I'VE FILED, SEVERAL OF THEM, I TOLD HER IM STILL BEING DENIED LABS AND ITS BEING DONE SO MY THYROID MEDS BUILD BACK UP IN...

(PAGE 7 OF ---)    (NEXT PAGE)    → → →

MEGAN L. CHARLES
MICHELL L. CRUZ
REBECCA L. WERTH

(EX-4)

MY SYSTEM SO WHEN THEY FINALLY DO MY LAB IT'LL SHOW I'VE BEEN TAKING MY THYROID MEDICATION, RN STEWART SAID SHE'S REORDERING IT AGAIN, AND SAYS SHE'S GONNA HAVE ME TESTED FOR TWO MORE THINGS ALONG WITH MY THYROID TEST, I TOLD RN STEWART MED AID CHARLES SAID SHE REFUSED ME MY MEDICATION BECAUSE I'M AN ASSHOLE, AND STEWART SAID "WELL", AS IF IN AGREEMENT WITH CHARLES SAYING I'M AN ASSHOLE, AND I SAID I'M NOT AN ASSHOLE, BUT FOR ARGUMENTS SAKE LETS SAY I AM, THAT'S NOT JUSTIFICATION TO REFUSE ME MY LIFE SUSTAINING MEDICATION. STEWART SAID I'LL HAVE TO DEAL WITH THAT THROUGH THE GRIEVANCE I'VE FILED.

(GOT LAB)
1-24-2023 FINALLY GOT LAB, A-1/EDCF, C/O VASQUEZ ESCORTING ME AND SHORT C/O, NURSE SAID IT'S NOT A FASTING LAB WHEN I SAID I ATE AND DID NOT RECEIVE ANY NOTICE SAYING WHEN MY LAB WOULD BE, NURSE SAID MY LABS FOR HEP-C, AIDS, AND MY THYROID AND NOTHING ELSE, I SAID RN STEWART ORDERED IT FOR TWO MORE TEST, NURSE CHECKED COMPUTER AND NOTHING ELSE WAS ORDERED SHE SAID. AND I SAID STEWART SAID TO BE TESTED FOR COOMBS (SPELLING) AND SOMETHING ELSE. MICKI (NEW NAME NOW) (SHE'S MARRIED) AND MERICAN NURSE WAS ON COMPUTER.

(NO MEDS)
?-27-2023 MED AID CRUZ, FNS, C/O DIETRICH ESCORTING, A-1/242/EDCF, SHOWS ME NOT ON ENVELOPE SAYING I HAVE NO MEDS.

(NO MEDS)
?-2-2023 NO MEDS, MY CELLIE LEWIS # ___ RECEIVED HIS MEDICATION BUBBLE CARD (K.O.P.) A-1/242/EDCF NURSE WERTH SAYS SHE DON'T HAVE MINE, SAYS SHE FORGOT IT, AND I SAY WELL YOU NEED TO GO GET IT, BECAUSE I'M NOT SUPPOSED TO MISS ONE DAY, SHE SAYS SHE'S NOT GOING BACK, SHE'S DONE, I SAID WHAT'S YOUR NAME I'M WRITING YOU UP, YOU GOT MY CELLIES MEDS, BUT NOT MINE, AND NURSE WERTH SAID SHE

REBECCA L WERTH
JACQUELINE T. ROCKWELL

(EX-5)

HAD MEDS IN THREE DIFFERENT PLACES AND FORGOT, BUT SHE'D LEAVE A NOTE FOR THE NEXT SHIFT THAT THEY NEED TO BRING ME MY (KOP) MEDICATION BUBBLE CARD.

(NO MEDS)
2-3-2023   MED AIC WALKER, NO MEDS, (FNL) REFUSED TO SPEAK TO ME, A-1/242/EDCF

(NO MEDS)
2-4-2023   NO MEDS; MED AIC WALKER A-1/242/EDCF, APPROX 8:35 PM, SHE SAID SHE DOESN'T DO K.O.P's WHEN I TOLD HER I STILL DON'T HAVE MINE. SHE SAID NURSE ROCKWELL, AND WERTH _____ IS WHO'S RESPONSIBLE FOR THE K.O.P.'s NOT HER.

(NO MEDS)
2-5-2023 (SUN) MED AIC WALKER APPROX 7:04 AM, A-1-242-EDCF, NO MED'S

(NO MEDS)
2-6-2023 (MON) NO MEDS, MED AIC WALKER, C/O OBRIEN, APPROX 7:24 PM, A-1-242-EDCF, SAID IT SHOWS I'M KOP AND SHE DOESN'T DO KOP'S AND PUT A FORM 9 IN, AND I SAID I PUT SEVERAL IN, AND SHE SAID THEN YOUR GONNA HAVE TO WAIT.

(GOT KOP MEDS)
2-7-2023 FINALLY GOT MY KOP MEDICATION BUBBLE CARD THYROID MEDICATION ITS MISSING (4) DOSES FROM IT. NURSE ROCKWELL CAME TO MY CELL 242 ASKING ME WHAT THE PROBLEM WAS. I SAID YOU PEOPLE ARE REFUSING ME MY MEDICATION AGAIN, TRYING TO KILL ME. ROCKWELL SAID SHE'S BEEN TRYING TO TALK TO LT. LITTLE, BUT I'D BEEN IN MEDICAL AND TO MANY PEOPLE WERE AROUND AND WHATNOT. ROCKWELL SAID SHE HAS MY KOP CARD, AND DOESN'T KNOW WHY NO ONE WOULD GIVE IT TO ME. ROCKWELL SAID SHE GAVE MY KOP CARD TO TWO MED AIDS, AND SHE FOUND IT IN THE MED CART. I SAID ITS BECAUSE THEY ARE PLAYING MORE OF THEIR LIFE THROWING RETALIATORY GAMES. I TOLD ROCKWELL I'VE BEEN WRITING ALL OF THIS DOWN AND HAVE SUBMITTED LIKE (10) FORM 9's AND (10) GRIEVANCES. I ASKED ROCKWELL WHICH (2) MED AIDS SHE TRIED TO HAVE THEM GIVE ME MY KOP CARD, BUT ROCKWELL LEFT NOT ANSWERING.

(EX-6)

## EXHAUSTING ADMINISTRATIVE REMEDIES

- TABLET COMPLAINTS REGARDING DENIAL OF MY MEDICATION

| | |
|---|---|
| 11-28-2022 - #216361432 | 1-2-2023 - #223112352 - TO WARDEN T.W. (TOMMY WILLIAMS) LISTED DATES OF CAMERA FOOTAGE TO BE SAVED |
| 11-30-2022 - #216876762 | NOT DONE, REQUEST WAS DENIED |
| 11-30-2022 - #216853752 | |
| 11-30-2022 - #216875272 | |
| 6-9-2022 #183214632 | |

GRIEVANCES, 1, 4, 5, ,15,

EMERGENCY GRIEVANCES DATED _____

## Certificate of Service

I, Christopher David Brown certify that on this 7th day of March, 2023 I submitted (2) two motions for appointment of Council w/ exhibits. To K.D.O.C. staff / E.D.C.F. staff in A-1 Cellhouse sealed in envelopes Addressed to: Matthew L. Shogen 120 sw 10th ave. 2nd floor, Topeka, ks 66612, and The U.S. Court of Appeals for the 10th Cir. Clerk, 1823 Stout Street, Denver, Colorado 80257.
With large SPO's and E.D.C.F. Indigent Postage forms, and extra 02. stamps on the envelopes, and Invoke the Mailbox Rule. I'm on Lockdown status for the record and swear this above to all be True.

Respectfully,

*Christopher David Brown*

EDCF P.O. Box 311
El Dorado, ks 67042



DAVID BROWN #57805
EL DORADO CORRECTIONAL FACILITY
P.O. Box 311
EL DORADO, KANSAS
67042

THE U.S. APPEALS COURT
FOR THE TENTH CIRCUIT
1823 STOUT STREET
DENVER, COLORADO
80257

Scanned by
US Marshal