IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| **CHRISTOPHER DAVID BROWN,** | ) |
| | ) |
| **Plaintiff-Appellant,** | ) |
| | ) |
| v. | ) No. 22-3183 |
| | ) (D.C. No. 5:21-CV-03105-JAR-GEB) |
| **DANIEL L. SCHNURR,** *et al.*, | ) (D. Kan.) |
| | ) |
| **Defendants-Appellees.** | ) |

## RESPONSE IN OPPOSITION TO APPELLANT'S MOTION TO APPOINT COUNSEL

Defendants-Appellees Jeffrey Pettijohn and Todd Swenson ("Defendants") submit, through Assistant Attorney General Matthew L. Shoger, this Response to Plaintiff-Appellant Christopher David Brown's Motion Requesting the Court Appoint Council to Appellant (hereinafter "Motion to Appoint Counsel"). Briefing has already been completed on this matter, so Defendants respectfully request that this motion be denied as moot.

WHEREFORE, Defendants request that this Court enter an Order denying Brown's Motion to Appoint Counsel, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS KOBACH

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of March, the foregoing document was electronically filed with the clerk of the court using the CM/ECF system, with a copy served by means of first-class mail on the 24th day of March, postage prepaid, addressed to:

Christopher David Brown #57800
El Dorado Correctional Facility
P.O. Box 311
El Dorado, Kansas 67042
*Plaintiff, pro se*

                                              */s/ Matthew L. Shoger*
                                              Matthew L. Shoger
                                              Assistant Attorney General